UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ISSIAH SAUNDERS,

                              Plaintiff,

                                                                         DECISION AND ORDER

                                                                         03-CV-6286L

       v.

SUPERINTENDENT VICTOR HERBERT,

                              Defendant.
_____


    By letter dated July 11, 2005 and filed July 19, 2005, plaintiff requests leave to withdraw and dismiss his complaint. The motion is granted. Pursuant to FED. R. CIV. P. 41(a)(2), plaintiff's complaint is hereby dismissed with prejudice.

    IT IS SO ORDERED.


                                                              _____
                                                                 DAVID G. LARIMER
                                                          United States District Judge


Dated: Rochester, New York
        July 28, 2005.